BEFORE A CIRCUIT JUDGE
OF THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

2006 JUN 27 PM 11:51

| | | |
|---|---|---|
| SEDLEY ALLEY, | ) | |
| Petitioner, | ) | No 3:06-0646 |
| v. | ) | |
| RICKY BELL, Warden, Riverbend Maximum Security Institution, | ) | Received 6/27/06 |
| Respondent | ) | |

# APPENDIX